|  |  |
|---|---|
| **To:** | The Honorable Frank D. Whitney<br>Chief U.S. District Court Judge |
| **From:** | Valerie G. Debnam<br>U.S. Probation Officer |
| **Subject:** | **Thuy A Le**<br>Case Number: 0419 3:17CR00061- 001<br>**OUT-OF-COUNTRY TRAVEL** |
| **Date:** | 12/19/2017 |

FILED
CHARLOTTE, NC

DEC 2 0 2017

US District Court
Western District of NC



NORTH CAROLINA WESTERN
MEMORANDUM

---

Ms. Le appeared before the Honorable Paul S. Diamond, United States District Court Judge on July 25, 2007 in violation of Conspiracy to Distribute Marijuana and MDMA, in violation of 21:846, and Possession of Marijuana with Intent to Distribute in violation of 21: 841 (a)(1) 841 (b)(1) (D). Ms. Le was sentenced to one-hundred twenty (120) months imprisonment on count 4, and sixty (60) months on counts 21-21 and 26, all terms shall run concurrently with eight (8) years supervised release on count 4, and four (4) years on counts 21-24, and 26, all terms of supervised release shall run concurrently. On February 27, 2017, jurisdiction was transferred from the Eastern District of Pennsylvania to the Western District of North Carolina.

Ms. Le has submitted a request to travel to Vietnam to see her family. Ms. Le will leave on January 6, 2018, and return on January 19, 2018. She will be staying with her grandparents at 278, to 7, khu 2, ap tan Hai Huyen tan thanh, Tinh Ba Ria Vung Tau, Vietnam.

Ms. Le has maintained a stable residence and employment since has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Ms. Le be allowed to travel to Vietnam as long as she remains in compliance with the terms and conditions of supervision. Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: December 19, 2017

Frank D. Whitney
Chief United States District Judge